# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**TYRONE SINGLETON,**

    **Plaintiff,**

v.                                     **CASE NO. 5:13-cv-277-RS-EMT**

**DAVID PUCKETT, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's claims are **DISMISSED without prejudice** because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on December 2, 2013.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**